NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001053
13-MAR-2017
10:31 AM

NO. CAAP-14-0001053

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
TANNER KEAWE AYAU, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTC-14-050186)

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, and Reifurth and Ginoza, JJ.)

The Summary Disposition Order of the court, filed on January 23, 2017, is hereby amended as follows:

On page 4, in the sixth line, the word "not" should be inserted between "did" and "have" so that as corrected, the text reads: ". . . the reason he did not have a license . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, March 13, 2017.

*Craig H. Nakamura*
Chief Judge

*Lawrence M Reifurth*
Associate Judge

*Lisa M Ginoza*
Associate Judge